UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-24314-GAYLES

**ERIC ROGERS,**
        **Plaintiff,**

v.

**N & D HOLDING, INC.,**
        **Defendant.**
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendant With Prejudice [ECF No. 11]. The Court has carefully considered the joint stipulation and the Consent Decree (attached to the Joint Stipulation as Exhibit 1), and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Joint Stipulation to Approve Consent Decree and Dismiss Defendant With Prejudice is **GRANTED**. The Consent Decree is **APPROVED** and Defendant N & D Holding, Inc., is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs, except as detailed in the Consent Decree. The Court shall retain jurisdiction to enforce the terms of the Consent Decree.

This action is **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of January, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE